**Order entered April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00037-CV

### IN THE INTEREST OF J.D.B., A CHILD

**On Appeal from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-771-W**

## ORDER

We **GRANT** appellants' March 31, 2014 motion for an extension of time to file a brief

**TO THE EXTENT** that appellants shall file their brief on or before **APRIL 21, 2014**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE